UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR00133 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| JEROME DERON MAY | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

A.   On or about June 18, 2021, the defendant,

JEROME DERON MAY,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Robbery, theft of property, and possession of firearms by certain persons, in Pulaski County, Arkansas, Circuit Court in Case Number CR2005-2033; and

2. Possession of firearms by certain persons, in Pulaski County, Arkansas, Circuit Court in Case Number CR2015-2616.

B.   On or about June 18, 2021, in the Eastern District of Arkansas, the defendant,

JEROME DERON MAY,

knowingly possessed, in and affecting commerce, a firearm, that is: a Smith and Wesson, .38 caliber Revolver, bearing serial number 252K262, in violation of Title 18, United States Code, Section 922(g)(1).