

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR00133 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| JEROME DERON MAY | ) | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

A.  On or about June 18, 2021, the defendant,

**JEROME DERON MAY,**

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year, including at least three previous convictions for offenses committed on occasions different from one another:

1. Battery in the Second Degree in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-98-907;

2. Theft by Receiving in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-98-2347;

3. Theft of Property, Fleeing, Theft by Receiving, and Possession of a Controlled Substance without a Prescription in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-98-2760;

4. Theft by Receiving in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-98-3417;

5. Theft by Receiving in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-99-270;

6. Possession of a Controlled Substance without a Prescription in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-99-331;

7. Theft by Receiving in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-99-489;

8. Theft by Receiving and Possession of a Firearm by Certain Persons in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-01-767;

9. Possession of a Controlled/Counterfeit Substance without a Prescription in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-01-1002

10. Theft by Receiving in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-01-2300;

11. Robbery, Theft of Property, and Possession of a Firearm by Certain Persons in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-05-2033;

12. Battery in the Second Degree in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-05-1674;

13. Possession of Firearms by Certain Persons, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-15-2616;

14. Theft of Property in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-20-4139;

15. Criminal Mischief in the Second Degree and Reckless Burning in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-21-387;

16. Theft by Receiving in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-21-415;

17. Residential Burglary and Theft of Property, in Pulaski County, Arkansas,

Circuit Court in Case Number 60CR-21-721;

18. Theft by Receiving in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-21-415; and

19. Three counts of Arson and Criminal Mischief in the First Degree in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-21-1765.

B. On or about June 18, 2021, in the Eastern District of Arkansas, the defendant,

JEROME DERON MAY,

knowingly possessed, in and affecting commerce, a firearm, that is: a Smith and Wesson, .38 caliber Revolver, bearing serial number 252K262, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, JEROME DERON MAY, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]