## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States**                                                                                                    **PLAINTIFF**

v.                                    Case No.4:22CR-133

**Jerome May**                                                                                                       **DEFENDANT**

## MOTION FOR TEMPORARY RELEASE

The Defendant now comes before the Court through their attorneys, and submits the following Motion for Temporary Release:

1. The defendant is currently incarcerated at the Pulaski County Detention Facility, where he has been housed since his initial detention.

2. The defendant is currently set for trial on October 30, 2023 and has a pending motion to suppress before the Court.

3. During the course of events which led to Mr. May being indicted in this case, Mr. May suffered a major debilitating injury to his arm which has required several surgical procedures by specialists. Mr. May still requires several more surgeries so he may potentially regain the use of his arm again.

4. Mr. May has an appointment scheduled for Monday September 18th at 1:30 p.m. with Dr. Stephen Hudson at Prime Care, which is located at 2504 McCain Blvd., STE 118 North Little Rock, AR 72116 for a follow up on his arm and for the referral of the next required surgical procedure to help the possibility of regaining the use of his arm.

5. Currently, Mr. May is not receiving treatment for his injuries while he is being held for trial. Rather than pass the cost on to the government to treat Mr. May, we believe it is in the interest of judicial economy to allow Mr. May to see his treating physician who is familiar with his extensive injuries so his path toward recovery may continue to push forward without burden to the incarcerating facility.

6. Defense counsel would request the Defendant be granted leave from custody on August 18, 2023, from 12:30 p.m. to 3:00 p.m. to attend the medical appointment with his treating physician. Mr. May's wife is able to provide the required transportation to the medical appointment and back to the detention facility.

7. The Defendant is willing to abide by any temporary restrictions the Court may impose during his brief release, such as GPS monitoring, having a 3rd party custodian, or any other restrictions the Court may place on him.

8. In that time is of the essence, the defendant requests that the court enter an order directing the United States Marshall Service to facilitate this request.

WHEREFORE, the defendant requests that the Court grant defendant's motion for temporary release from custody on September 18, 2023, from 12:30 p.m. to 3:00 p.m. to attend the appointment with his treating physician.

> Respectfully submitted,
> Degen D. Clow
> ABN: 2014038
> Attorney for Defendant
> Clow Law
> 301 Roya Ln Suite 1
> Bryant, AR 72022
> 501.999.2569
> degen@clow.law

## Certificate of Service

I sent the following person this document on September 13, 2023, through the following means:

(X) E-File
( ) Email
( ) Fax
( ) Traditional Mail


Katie Hinojosa, AUSA


By: *Degen Clow*