UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                          CASE NO. 4:22-CR-00133-BSM

JEROME DERON MAY                                                  DEFENDANT

## ORDER

Jerome May's motion to suppress evidence [Doc. No. 29] is denied.

May was arrested after leading police officers on a high speed chase when officers stopped him for having dim taillights. He is moving to suppress the items recovered from his car after the high speed chase. In support of his motion, he argues that his taillights were functioning properly and therefore the initial stop was an unlawful seizure.

May's motion is denied because the officers had probable cause to stop him for driving with dim taillights. *See United States v. Coney,* 456 F.3d 850, 856 (8th Cir. 2006); Ark. Code Ann. § 27-36-215 (requiring motor vehicles to be equipped with taillights that "emit a red light plainly visible from a distance of five hundred feet (500') to the rear"); Ex. 2, Dashcam Video, Doc. No. 35 (showing that May's taillights were noticeably dimmer than those of other vehicles). Moreover, the officers did not make contact with May until after he fled, so he was not seized during the initial stop. *See* Ex. 2, Dashcam Video; *Atkinson v. City of Mt. View, Mo.*, 709 F.3d 1201, 1208 (8th Cir. 2013). Finally, when May fled from

the police he provided additional probable cause to arrest him.  Ark. Code Ann. § 5-54-125.

IT IS SO ORDERED this 14th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE