IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:22CR00133 BSM |
| | ) | |
| JEROME DERON MAY | ) | |

## RESPONSE TO DEFENDANT'S MOTION FOR TEMPORARY RELEASE

Comes now the United States of America, by and through its counsel, Jonathan Ross, United States Attorney for the Eastern District of Arkansas, and Assistant United States Attorney Reese Lancaster, for said district, and for its response states:

The Government would object to the temporary release of Mr. May from custody of the Pulaski County Jail to attend a medical appointment. Looking at the factors under 18 U.S.C. § 3142(f), Mr. May would not be a good candidate for temporary release.

On June 18, 2021, Mr. May was stopped by the Arkansas State Police for driving without headlights. Before troopers could make contact, Mr. May fled at a high rate of speed. The vehicle reached speeds more than 120-mph throughout Little Rock and rural Pulaski County. The vehicle eventually lost control, struck a utility pole, and flipped. Mr. May was the only occupant in the vehicle. A search of the vehicle yielded a firearm, suspected cocaine, meth/MDMA, and marijuana.

A search of Mr. May's criminal history revealed an extensive list of convictions including Battery in the Second Degree, Possession of Firearms by Certain Persons, Robbery, Residential Burglary, Theft of Property, and Arson. Based on Mr. May's extensive criminal history, it is alleged that he would be considered an Armed Career Criminal.

Therefore, based on the nature and circumstances of the offense, the weight of the evidence against Mr. May, the history and characteristics, the potential danger to the community, and the risk of flight the Court should deny the motion for temporary release.

WHEREFORE, the United States respectfully prays the Court deny May's motion for temporary release.

                                                  Respectfully submitted,

                                                  JONATHAN D. ROSS
                                                  United States Attorney

                                                  REESE LANCASTER
                                                  Assistant United States Attorney
                                                  Bar Number 2017114
                                                  P. O. Box 1229
                                                  Little Rock, AR 72203
                                                  501-340-2600
                                                  Reese.Lancaster@usdoj.gov