# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| V. | NO. 4:22-CR-133-BSM | |
| JEROME MAY | | DEFENDANT |

## ORDER

Defendant Jerome May ("Mr. May") has moved for temporary release from custody on September 18, 2023, to attend a medical appointment in North Little Rock, Arkansas, for treatment of his arm and referral to a surgeon. *Doc. 36.* He proposes that his wife take him to the 1:30 PM appointment and then back to the detention center following the appointment. The United States objects to temporary release from custody. *Doc. 39.*

Mr. May is charged with being a felon in possession of a firearm. At his plea and arraignment hearing on April 26, 2023, Mr. May waived a bond hearing due to pending parole holds. Accordingly, he was remanded to the custody of the United States Marshal and is currently being held at the Pulaski County Detention Facility. His trial date is October 30, 2023.

The United States Marshal Service has a policy in place for transporting prisoners in its custody for outside medical care that is reasonable and medically necessary. Mr. May has failed to establish that the requested temporary release for

treatment of his arm is necessary for preparation of his defense or for another compelling reason. *See* 18 U.S.C. § 3142(i). Accordingly, the motion *(Doc. 36)* is DENIED.

IT IS SO ORDERED this 15th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE