# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**v.**                       **CASE NO. 4:22-CR-00133-BSM**

**JEROME DERON MAY**
**Reg. No. 56051-510**                                             **DEFENDANT**

## ORDER

Jerome May's motion for compassionate release [Doc. No. 71] is denied because there are not extraordinary and compelling circumstances to warrant early release. *See* 18 U.S.C. § 3582(c)(1)(A).

May pleaded guilty and was sentenced to 144 months' imprisonment for being a felon in possession of a firearm in October 2024.  Doc. Nos. 53, 58.  May is now seeking compassionate release due to his medical conditions, which include pain and discomfort from a car accident and previous surgeries; trigeminal neuralgia; gout; and high blood pressure. Doc. No 71. The motion is denied because May's conditions are not extraordinary or compelling reasons justifying release.  This is true because May fails to show his conditions substantially diminish his ability to care for himself or that his condition is terminal.  And the record shows that May is receiving extensive medical care; his claim that he is not receiving needed physical therapy is not convincing because it does not appear his medical care providers have recommended such treatment. *See* Doc. No. 73.  But even assuming May's conditions and alleged unmet need for physical therapy constitute extraordinary and compelling circumstances, release is not appropriate because the nature of his charges and

criminal history indicate he is a danger to the community.  *See* PSR ¶¶ 5–11.

Finally, the section 3553(a) factors were considered at sentencing and nothing in the record supports a reduction.  *See United States v. Ram*, No. 5:13-CR-50045, 2020 WL 3100837, at *3 (W.D. Ark. June 11, 2020) (no reason to revisit section 3553(a) factors when movant has not met his burden of showing extraordinary and compelling reasons to justify early release).

IT IS SO ORDERED this 17th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE